# Exhibit 2

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| Claim 1.1 A content recognition and data categorization system comprising: one or more databases coupled via a network; and | As highlighted below, the Snitch Mobile App empowered by ViSenze AI services accessed over a network ViSenze's AI-powered visual search platform provides content recognition (e.g., multimodal search) and categorization for product search. The platform also discloses a database (e.g., a reference database) that includes all images associated with a product for search and matching purposes. These images are uploaded by different business (for e.g. Snitch or other third-party platforms).<br><br>Further, as noted below, the accused system—namely, the Snitch mobile application—operates as a content recognition and data categorization platform comprising client-side user devices, application servers, and AI-driven backend services empowered by ViSenze. This integrated system is commercially deployed and actively used by customers in the United States to upload images, browse, identify, and purchase products across multiple item categories. The users in the United States can download and access the app from the Apple App store & Google Play Store.<br><br>**Product Related Information Below:**<br><br>Snitch is a fashion-forward brand for the modern Indian man. Snitch offers a wide range of men's apparel across categories such as casual wear, formal wear, innerwear, and loungewear and launches at least four to five styles daily.<br><br>Recognizing Gen Z's preference for visual search over traditional keyword searches, Snitch prioritizes their needs by providing a seamless and inspiring shopping experience.<br><br>To achieve this, they wanted to enhance their online platform with AI-powered recommendations & visual search capabilities<br><br>Read the full case study |

1

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  https://www.visenze.com/resource-centre/snitch-increases-conversions-and-engagement-with-ai-powered-smart-recommendations-and-visual-search/ |

2

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  https://apps.apple.com/us/app/snitch-online-shopping/id1574656675 |

3

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  https://www.visenze.com/wp-content/uploads/2024/04/Snitch-ViSenze-Case-Study.pdf |

4

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | With ViSenze's multimodal search (keyword, semantic text, image, lens, shopping assistant) you can enable a search that truly understands your shoppers' queries. Now, deliver precise and relevant search results for your shoppers, every time, and in any way. See your conversions increase like never before! https://www.visenze.com/discovery-suite/modules/multi-search/  We build up a 'reference database' of images of products from various sources – we call images in the reference database 'reference images'.  The sources include businesses that provide images to us to add to our reference database to use in providing our visual search and recognition services. The sources also include business that provide us with images so that we can provide annotation and tagging services.  Some reference images may include an individual, such as a model in a clothing catalogue or an actor in a video. If so, that individual is a 'reference image data subject'. https://www.visenze.com/privacy-policy/ |
| Claim 1.2 a computing system having a non-transitory computer-readable medium comprising code, the computing system having one or more processors coupled to the one or | As evidenced by ViSenze's official customer case studies and platform documentation, the Snitch app integrates ViSenze's AI-powered visual search and discovery platform on the backend. ViSenze operates a cloud-based computing system in which stored program instructions are executed by one or more processors to provide AI-powered visual search and recommendation services. ViSenze's backend services run on processor-based cloud infrastructure (e.g., Kubernetes Engine and Compute Engine) and are coupled over a network to centralized databases and data pipelines. The system executes software instructions in response to network requests received via SDKs and APIs, thereby satisfying the requirement of a computing system executing code from a non-transitory computer-readable medium. The system includes one or more |

5

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| more databases over the network, wherein instructions are executed by the computing system to perform: | processors that execute AI and machine-learning instructions for visual recognition, feature extraction, similarity matching, and ranking.<br><br>**Product Related Information Below:**<br><br><br><br>**Snitch Increases Conversions and Engagement with AI-Powered Recommendations and Search**<br><br>Snitch is a fashion-forward brand for the modern Indian man. Snitch offers a wide…<br><br>https://www.visenze.com/insights/resource-centre/?content_type=customer-story |

6

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | With Google Cloud, ViSenze has created a data platform that can ingest and process 500 million records per day and store data for up to one year, while giving non-technical team members the ability to generate detailed, insightful reports. **Google Cloud results** • Reduced data infrastructure and management costs by 50% • Scaled analytics data warehouse without incurring downtime • Enabled non-technical team members to create detailed reports AI, deep learning, and image recognition is transforming the shopping experience. These technologies enable consumers to use product images or screenshots rather than text to search for similar products. This improves the customer experience provided by ecommerce businesses and enables retailers with online and offline outlets to provide a genuine omnichannel experience. Visual commerce provider ViSenze is helping some of the world's leading retailers improve conversion rates through image-based search. With BigQuery, processes 500 million records per day and stores up to one year's worth of data for analysis **ViSENZE** **About ViSenze** ViSenze is the world's smartest product discovery platform. Retailers like ASOS, H&M, Rakuten, Zalora, Meesho, DFS, and EyeBuyDirect trust ViSenze to power their product discovery. ViSenze processes over a billion queries a month from retailers, supporting them in-store and on ecommerce sites. Use cases range from enhanced search, product tagging, smart recommendations and merchandising analytics. ViSenze's automated AI platform empowers retail merchants to increase revenue by delivering exceptional experiences that make it easier for shoppers to discover products. • Gartner Hype Cycle for Retail Technologies 2021 https://cloud.google.com/customers/visenze |

7

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | **Unified Multimodality Experience** Our AI-powered platform seamlessly integrates search and recommendations into one fluid experience, providing a truly immersive shopping journey. **Cutting-Edge AI and Machine Learning** Our state-of-the-art AI engine has been extensively trained over a decade on hundreds of millions of products. Combine this with the latest LLMs, you have a powerful engine that can seamlessly boost the shopping experience and enhance conversions! https://www.visenze.com/discovery-suite/modules/smart-recommendations/ 4 APIs and Tools One or more APIs will be available to Customer to assist with Customer's implementation of Connections, and ViSenze makes client libraries available to facilitate Customer's coding against the API(s). In addition, Authorized Users may install a ViSenze-produced software agent on certain Customer Components to support Customer's collection of Customer Data. The code for these libraries and agents (collectively, "Ancillary Tools") are available in public repositories at https://github.com/visenze and are subject to the applicable open source licenses referenced in those repositories. Customer determines and controls what APIs and Ancillary Tools (if any) to use in connection with the Services. By using an API or Ancillary Tool in connection with the Services, Customer hereby agrees to do so in accordance with the terms of this Agreement. https://www.visenze.com/legal-ds-shopify-agreement/ |

8

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | **Catalog Manager** **Easily manage data from all existing sources** Catalog Manager is a centralized source for all your product data. Quickly connect and synchronize your data from all existing sources, adapt it for all schema types and make it usable everywhere. Learn More **Smart Recommendations** **Show the most relevant products** Make recommendations based on what your shoppers are seeing. Immediately increase cross-sell and up-sell opportunities for increased revenue impact with visual AI-powered Smart Recommendations. Learn More https://www.visenze.com/discovery-suite/ |
| Claim 1.3 maintaining a database of the one or more databases on a server in communication with one or more third party content provider computing device systems and one or more user computing device systems, | As highlighted below, In the Snitch app implementation, product content is supplied by third-party systems into ViSenze's databases, while Snitch user devices communicate with the same server infrastructure to submit queries and receive results. ViSenze maintains centralized catalog and reference databases on backend servers that are integrated with third-party content provider computing systems, including ecommerce platform and seller systems. These server-maintained databases are accessed by user computing devices through search and recommendation requests. **Product Related Information Below:** Snitch is a fashion-forward brand for the modern Indian man. Snitch offers a wide range of men's apparel across categories such as casual wear, formal wear, innerwear, and loungewear and launches at least four to five styles daily. Recognizing Gen Z's preference for visual search over traditional keyword searches, Snitch prioritizes their needs by providing a seamless and inspiring shopping experience. To achieve this, they wanted to enhance their online platform with AI-powered recommendations & visual search capabilities Read the full case study |

9

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  **Snitch Increases Conversions and Engagement with AI-Powered Recommendations and Search** https://www.visenze.com/resource-centre/snitch-increases-conversions-and-engagement-with-ai-powered-smart-recommendations-and-visual-search/ |

10

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
|  |  https://apps.apple.com/us/app/snitch-online-shopping/id1574656675 |

11

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  |

12

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  https://www.visenze.com/discovery-suite/modules/catalog-manager/ |
| Claim 1.4 storing a plurality of user profiles, each user profile being unique and being associated with a first unique user entity accessible by the one or more user computing device systems, wherein at least one first unique | As highlighted below, Snitch App maintains persistent user profiles comprising unique user identifiers and personal information such as email, phone, and address data. ViSenze's platform further associates brand metadata indexed as brand identifiers in product search APIs with user interaction history, satisfying the association of brand information with user profiles either directly or by inference from behavioral signals. Further, the Snitch App's Privacy Policy implicitly discloses that user preference data and interaction data are collected, mapped to individual user profiles, and subsequently analyzed to enable personalized recommendations, content recognition, and product categorization for users. Further, The Snitch app stores non-personal information such as usage history or browsing data representing brand identifiers, which are selected and associated with the user through user interactions with brand-specific content, searches, filters, and purchases. These brand identifiers are maintained within the content recognition |

13

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| user profile comprises personal information related to a first unique user and information representing at least one brand identifier of the first unique user that have been selected to be associated with the first unique user on the content recognition and data categorization system, | and data categorization system and used to personalize visual search results and recommendations delivered to the user.<br><br>**Product Related Information Below:**<br><br>NON-PERSONAL INFORMATION THAT SNITCH COLLECTS:<br><br>SNITCH, automatically collects non-personal information from the User for the SNITCH Services, such as IP host address, device-specific identifiers, computer or smart phones configurations, number of times page has been viewed and usage habits of the SNITCH users or any similar data. It may be possible at times that while collecting non-personal information through automatic means, SNITCH may unintentionally collect or receive personal information that is mixed in with the non-personal information. While SNITCH will make reasonable efforts to prevent such incidental data collection, the possibility still exists. If SNITCH does inadvertently collect personal information, we will not intentionally use such personal information for any purposes. SNITCH shall not be responsible for the same if the information is collected unintentionally in such a scenario. SNITCH, may also aggregate demographic information collected from the Users (such as the number of users in a particular State) in a manner which does not identify any one individual.<br><br>USER'S CONSENT<br><br>By using or visiting SNITCH platforms, you expressly consent to the Terms and conditions and our Privacy Policy and to SNITCH processing of Personal Information for the purposes given under the Terms & Conditions and this Privacy Policy, subject to the local laws, in the following ways such as;<br>to create a personalized account containing your contact information, email-id, address, bank details etc based on information you provide or imported from other sites or applications, or any information provided by third parties;<br>to contact you about any Website updates, informational and service-related communications, including important security updates<br>to inform you of other services available from SNITCH or its affiliates, if any. ("Affiliates" means entities that control or are controlled by or are under common control with SNITCH); to enable you to provide feedback, and contact SNITCH customer service in case of any problem with the services or emergency; |

14

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
|  | SNITCH uses the information provided by you to create its own database and networking, and may enable third parties to see your personal information for marketing purposes. SNITCH has certain hashtags such as #snitch #snitchit #DiscoverYourStyle which will be provided to you while you purchase a merchandize from SNITCH platforms. If you upload a picture on social media such as Facebook or Instagram using these hashtags, the SNITCH platforms will automatically link that picture to SNITCH platforms. The picture will be solely used for marketing and promotional purposes and shall be visible to anyone who uses the SNITCH platforms. Your Profile information may be used for networking with other community members or may be visible to service providers or customers who are using the Website. In addition, portions of your personal information may be made public for networking.<br>You acknowledge that by providing your personal information, you have consented to your information being used as described here. We shall take measures to safeguard your information from unauthorized access or inappropriate use by third parties. However, SNITCH has no control over third parties' websites and is not responsible for any sort of misuse or any other liability. You acknowledge that by linking with third party web sites, you are aware of the potential misuse and risk involved.<br><br>https://www.snitch.co.in/pages/t-cs<br><br><br>https://apps.apple.com/us/app/snitch-online-shopping/id1574656675 |

15

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | <br><br>https://www.visenze.com/why-visenze/ |
| Claim 1.5 the server adapted to access the database and to receive inputs, including from the one or more user computing devices systems; | Snitch customers use a photo, saved image, or screenshot for Smart Visual Search. These user inputs are received by ViSenze servers, which access catalog databases to return similar or paired products.<br>In the Snitch app implementation, user devices communicate with ViSenze-powered backend services over a network, where the servers retrieve data from the catalog database and process user-submitted inputs to generate search and recommendation results. The same server infrastructure is further adapted to receive inputs over a network, including search queries, image uploads, and interaction data transmitted from user computing device systems running the Snitch mobile application. Upon receipt of such inputs, the server accesses the database to perform visual search and discovery operations.<br><br>**Product Related Information Below:** |

16

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | https://www.visenze.com/wp-content/uploads/2024/04/Snitch-ViSenze-Case-Study.pdf |

17

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  Snitch is a fashion-forward brand for the modern Indian man. Snitch offers a wide range of men's apparel across categories such as casual wear, formal wear, innerwear, and loungewear and launches at least four to five styles daily. Recognizing Gen Z's preference for visual search over traditional keyword searches, Snitch prioritizes their needs by providing a seamless and inspiring shopping experience. To achieve this, they wanted to enhance their online platform with AI-powered recommendations & visual search capabilities Read the full case study **Snitch Increases Conversions and Engagement with AI-Powered Recommendations and Search** https://www.visenze.com/resource-centre/snitch-increases-conversions-and-engagement-with-ai-powered-smart-recommendations-and-visual-search/ |

18

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
|  |  https://apps.apple.com/us/app/snitch-online-shopping/id1574656675 |

19

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
|  |  https://www.visenze.com/discovery-suite/modules/multi-search/<br><br>https://www.visenze.com/discovery-suite/modules/catalog-manager/ |

20

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | With Google Cloud, ViSenze has created a data platform that can ingest and process 500 million records per day and store data for up to one year, while giving non-technical team members the ability to generate detailed, insightful reports.<br><br>**Google Cloud results**<br>• Reduced data infrastructure and management costs by 50%<br>• Scaled analytics data warehouse without incurring downtime<br>• Enabled non-technical team members to create detailed reports<br><br>AI, deep learning, and image recognition is transforming the shopping experience. These technologies enable consumers to use product images or screenshots rather than text to search for similar products. This improves the customer experience provided by ecommerce businesses and enables retailers with online and offline outlets to provide a genuine omnichannel experience. Visual commerce provider ViSenze is helping some of the world's leading retailers improve conversion rates through image-based search.<br><br>With BigQuery, processes 500 million records per day and stores up to one year's worth of data for analysis<br><br>**VISENZE**<br><br>**About ViSenze**<br><br>ViSenze is the world's smartest product discovery platform. Retailers like ASOS, H&M, Rakuten, Zalora, Meesho, DFS, and EyeBuyDirect trust ViSenze to power their product discovery. ViSenze processes over a billion queries a month from retailers, supporting them in-store and on ecommerce sites. Use cases range from enhanced search, product tagging, smart recommendations and merchandising analytics. ViSenze's automated AI platform empowers retail merchants to increase revenue by delivering exceptional experiences that make it easier for shoppers to discover products.<br>• Gartner Hype Cycle for Retail Technologies 2021<br><br>https://cloud.google.com/customers/visenze |
| Claim 1.6 collecting one or more captured content in different formats from the one or more third-party content provider computing device systems by one or more content search queries for the one or more captured content available on the internet or by receiving shared | The Snitch App collects one or more captured content in different formats, including images, text inputs, and structured product data. Such content is collected from third-party content provider computing device systems, including Snitch's ecommerce and merchant platforms, both in response to user-initiated content search queries submitted via the Snitch mobile application and through direct receipt and synchronization of shared product content. This collection occurs over network connections to content available on the internet and through server-to-server content sharing.<br><br>Snitch customers can find products using a photo, saved image, or screenshot. Snitch also shares catalog/inventory content with ViSenze for recommendations and visual search.<br><br>As highlighted below, ViSenze's AI-powered Discovery Suite collects captured content in multiple formats, |

21

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| content by the one or more third-party content provider computing device systems; | including images, text, and catalog metadata, from third-party content provider computing systems. The system collects such content either in response to content search queries (e.g., text-based, image-based, or multimodal queries) or through direct ingestion of shared content from third-party catalog and merchant systems integrated with the platform. <br><br> **Product Related Information Below:** <br><br> Pairing engine: Recommends complementary products for the primary item <br><br> Snitch has added 1000+ complementary products per month with Pairing recommendations. <br><br> ViSenze also enables Snitch to deliver a quick, seamless, and engaging search experience for its customers to find relevant products. By allowing Snitch's customers to find what they want faster using a photo, saved image, or screenshot, AI-powered Smart Visual Search helped Snitch provide instant gratification for its customers, unlocking more revenue. <br><br> https://www.visenze.com/wp-content/uploads/2024/04/Snitch-ViSenze-Case-Study.pdf <br><br> Snitch is a fashion-forward brand for the modern Indian man. Snitch offers a wide range of men's apparel across categories such as casual wear, formal wear, innerwear, and loungewear and launches at least four to five styles daily. <br><br> Recognizing Gen Z's preference for visual search over traditional keyword searches, Snitch prioritizes their needs by providing a seamless and inspiring shopping experience. <br><br> To achieve this, they wanted to enhance their online platform with AI-powered recommendations & visual search capabilities <br><br> Read the full case study |

22

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
|  | https://www.visenze.com/resource-centre/snitch-increases-conversions-and-engagement-with-ai-powered-smart-recommendations-and-visual-search/  https://apps.apple.com/us/app/snitch-online-shopping/id1574656675 |

23

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  https://www.visenze.com/discovery-suite/modules/multi-search/ https://www.visenze.com/discovery-suite/modules/catalog-manager/ |
| Claim 1.7 storing the one | As highlighted below, In the Snitch deployment, the stored content is accessed repeatedly by visual search and |

24

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| or more captured content in the database; | recommendation modules to serve discovery results to user.<br>Snitch's growing catalog and inventory are processed by ViSenze to showcase similar and complementary products. ViSenze Catalog Manager supports synchronized product data storage for discovery modules.<br><br>**Product Related Information Below:**<br><br><br><br>https://www.visenze.com/wp-content/uploads/2024/04/Snitch-ViSenze-Case-Study.pdf<br><br>https://www.visenze.com/resource-centre/snitch-increases-conversions-and-engagement-with-ai-powered- |

25

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | smart-recommendations-and-visual-search/<br><br><br><br>https://www.visenze.com/discovery-suite/modules/catalog-manager/ |
| Claim 1.8 identifying one or more objects associated with the one or more captured content using Optical Character Recognition technology | As highlighted below, Snitch visual search powered with ViSenze's AI based visual recognition platform analyzes captured image content to identify visual elements and detect the presence of textual information (for e.g. other attributes) within images as part of its image understanding and quality assessment workflows. ViSenze's image analysis models are capable of recognizing text-related features (e.g., text presence in images), which can be inferred as OCR-related processing.<br>In the Snitch deployment, product images supplied by third-party sellers are processed by ViSenze's backend systems to identify visual objects and text-related elements within the images. ViSenze clearly performs visual recognition and image-based search for Snitch products.<br><br>**Product Related Information Below:** |

26

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  https://www.visenze.com/resource-centre/snitch-increases-conversions-and-engagement-with-ai-powered-smart-recommendations-and-visual-search/ <br><br> **Pairing engine:** Recommends complementary products for the primary item <br><br> Snitch has added 1000+ complementary products per month with Pairing recommendations. <br><br> ViSenze also enables Snitch to deliver a quick, seamless, and engaging search experience for its customers to find relevant products. By allowing Snitch's customers to find what they want faster using a photo, saved image, or screenshot, AI-powered Smart Visual Search helped Snitch provide instant gratification for its customers, unlocking more revenue. <br><br> https://www.visenze.com/wp-content/uploads/2024/04/Snitch-ViSenze-Case-Study.pdf |

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  https://www.visenze.com/ai-search-discovery/ |

28

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
|  | <br><br>https://www.visenze.com/discovery-suite/modules/catalog-manager/ |

29

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | https://developers.visenze.com/catalogs/low_quality.pdf |
| Claim 1.9 transforming extracted data of the one or more identified objects from the different formats of the one or more captured content to a standardized format by stripping the one or more captured content for one or more details and uploading the one or more details with additional fields cataloging various items displayed in foregrounds and backgrounds of each of the one or more captured content using one or more active machine learning and artificial intelligence | As highlighted below, the Snitch integrated with ViSenze's AI-powered Discovery Suite transforms extracted visual and attribute data from captured content of different formats into standardized (for e.g. Smart Tagging), structured catalog metadata using active machine learning and artificial intelligence processes. The system strips raw captured content (e.g., product images) to extract relevant details and enriches the content by uploading the extracted information as additional catalog fields, including multiple attributes representing different items detected within the image. These enrichment and normalization processes are performed in real time to support visual search, multi-search, and recommendation functionality. **Product Related Information Below:** |

30

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| processes in real time; |  https://www.visenze.com/resource-centre/snitch-increases-conversions-and-engagement-with-ai-powered-smart-recommendations-and-visual-search/ <br><br> https://www.visenze.com/wp-content/uploads/2024/04/Snitch-ViSenze-Case-Study.pdf |

31

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  https://www.visenze.com/discovery-suite/modules/smart-tagging/ <br><br> ViSenze's Smart Tagging explicitly converts raw visual inputs into structured attributes aligned to a standardized catalog schema. |

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  https://www.visenze.com/ai-search-discovery/ <br><br> https://www.visenze.com/discovery-suite/modules/catalog-manager/ |

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  |

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | **Visually Similar Product Recommendations**<br><br>Make recommendations based on what shoppers are seeing<br><br>Keep customers engaged and increase conversions with Visually Similar Product Recommendations.<br><br>Showcase more of your catalog, match your visitor's shopping intent and never worry about out-of-stock items.<br><br>Request Demo<br><br>https://www.visenze.com/discovery-suite/use-case/visually-similar-recommendations/ |
| Claim 1.10 searching the database, in response to the transformed extracted data, to identify one or more potential associated brand identifiers to the first unique user based at | As highlighted below, In the Snitch deployment, this enables identification of potential associated brand identifiers for a user based on both the transformed extracted data and user profile-related signals.<br><br>ViSenze's AI-powered Discovery Suite searches centralized catalog databases in response to transformed and standardized visual data to retrieve products and associated brand identifiers.<br>Further, ViSenze uses visual AI to understand shopper images and product catalogs. Smart tagging applies AI/ML to product data at scale, enriching product tags and making catalogs more searchable and recommendation-ready |

35

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| least in part on the first unique user profile and collected data from the one or more identified objects, the one or more identified objects received from the one or more third party content provider computing device systems; | The search process leverages extracted object-level attributes derived from third-party seller content and applies relevance, ranking, and recommendation logic that is influenced by user-specific context and interaction data.<br><br>**Product Related Information Below:**<br><br><br><br>https://apps.apple.com/us/app/snitch-online-shopping/id1574656675<br><br>NON-PERSONAL INFORMATION THAT SNITCH COLLECTS:<br><br>SNITCH, automatically collects non-personal information from the User for the SNITCH Services, such as IP host address, device-specific identifiers, computer or smart phones configurations, number of times page has been viewed and usage habits of the SNITCH users or any similar data. It may be possible at times that while collecting non-personal information through automatic means, SNITCH may unintentionally collect or receive personal information that is mixed in with the non-personal information. While SNITCH will make reasonable efforts to prevent such incidental data collection, the possibility still exists. If SNITCH does inadvertently collect personal information, we will not intentionally use such personal information for any purposes. SNITCH shall not be responsible for the same if the information is collected unintentionally in such a scenario. SNITCH, may also aggregate demographic information collected from the Users (such as the number of users in a particular State) in a manner which does not identify any one individual. |

36

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | USER'S CONSENT <br><br> By using or visiting SNITCH platforms, you expressly consent to the Terms and conditions and our Privacy Policy and to SNITCH processing of Personal Information for the purposes given under the Terms & Conditions and this Privacy Policy, subject to the local laws, in the following ways such as; <br> to create a personalized account containing your contact information, email-id, address, bank details etc based on information you provide or imported from other sites or applications, or any information provided by third parties; <br> to contact you about any Website updates, informational and service-related communications, including important security updates <br> to inform you of other services available from SNITCH or its affiliates, if any. ("Affiliates" means entities that control or are controlled by or are under common control with SNITCH); to enable you to provide feedback, and contact SNITCH customer service in case of any problem with the services or emergency; <br><br> SNITCH uses the information provided by you to create its own database and networking, and may enable third parties to see your personal information for marketing purposes. SNITCH has certain hashtags such as #snitch #snitchit #DiscoverYourStyle which will be provided to you while you purchase a merchandize from SNITCH platforms. If you upload a picture on social media such as Facebook or Instagram using these hashtags, the SNITCH platforms will automatically link that picture to SNITCH platforms. The picture will be solely used for marketing and promotional purposes and shall be visible to anyone who uses the SNITCH platforms. Your Profile information may be used for networking with other community members or may be visible to service providers or customers who are using the Website. In addition, portions of your personal information may be made public for networking. <br> You acknowledge that by providing your personal information, you have consented to your information being used as described here. We shall take measures to safeguard your information from unauthorized access or inappropriate use by third parties. However, SNITCH has no control over third parties' websites and is not responsible for any sort of misuse or any other liability. You acknowledge that by linking with third party web sites, you are aware of the potential misuse and risk involved. <br><br> https://www.snitch.co.in/pages/t-cs |

37

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
|  |  https://www.visenze.com/<br><br>https://www.visenze.com/why-visenze |

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | 4.2 Filters and text filters<br><br>To filter search results based on product metadata, provide a map of metadata key-values in the filters or text_filters parameters.<br><br>| Param | Filter query behaviour | Example |<br>|---|---|---|<br>| filters | The filter queries are treated as exact match conditions. Applies to String, Integer and Float type fields. | `filters=brand:my_brand` means the brand (String) value of the search results must be strictly equal to "my_brand". `filters=price:10,199` means the price (Integer) value of the search results must be strictly within the range between 10 to 199 inclusive. |<br>| text_filters | The filter queries are treated as partial match filters. Only applies to String type fields. | `text_flters=brand:my_brand` means the brand value of the search results can be any values containing "my_brand", such as "my_brand >> sub brand". |<br><br>https://pub.dev/packages/visenze_productsearch_sdk<br><br>## Catalog Manager<br><br>### Easily manage data from all existing sources<br><br>Catalog Manager is a centralized source for all your product data. Quickly connect and synchronize your data from all existing sources, adapt it for all schema types and make it usable everywhere.<br><br>Learn More<br><br>https://www.visenze.com/discovery-suite/ |

39

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| Claim 1.11 determining one or more potential associated brand identifiers to the first unique user from the one or more identified potential associated brand identifiers to determine a brand correlation between the at least one brand identifier and the one more potential associated brand identifiers to assist the first unique user in determining additional brands that have a consumer overlap; and | As highlighted below, ViSenze helps Snitch curate personalized shopping experiences using Similar and Pairing recommendation engines. The system searches catalog data based on visual/product attributes and user behavior to return brand/product-associated recommendations. <br><br> The system determines one or more potential associated brand identifiers for a user by analyzing previously identified brand-associated products and user interaction data. Using AI-driven recommendation logic, the system establishes correlations between brands based on shared consumer behavior and catalog attributes. These correlated brand identifiers are then presented to the user to assist in discovering additional brands that have overlapping consumer interest, thereby facilitating brand-level recommendations within the Snitch mobile application. <br><br> **Product Related Information Below:** <br><br>  **How ViSenze helped Snitch** <br> Snitch leverages ViSenze's 'Similar' and 'Pairing' recommendation engines to curate a personalized shopping experience for its customers. <br><br> **Similar engine:** Recommends visually similar items <br><br> ViSenze and Snitch also worked together to ensure that recommendations were well-placed to grab the customers' attention on the website and the newly launched app. Snitch has seen a 4X increase in CVR with the Similar recommendation engine, increasing its revenue per user. <br><br> Snitch has added 1000+ complementary products per month with Pairing recommendations. <br><br> https://www.visenze.com/wp-content/uploads/2024/04/Snitch-ViSenze-Case-Study.pdf |

40

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  https://www.visenze.com/discovery-suite/modules/catalog-manager/ <br><br> https://www.visenze.com/why-visenze/ |

41

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
| --- | --- |
| |  https://www.visenze.com/discovery-suite/modules/smart-data/ <br><br> https://apps.apple.com/us/app/snitch-online-shopping/id1574656675 |

42

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
|  | NON-PERSONAL INFORMATION THAT SNITCH COLLECTS: SNITCH, automatically collects non-personal information from the User for the SNITCH Services, such as IP host address, device-specific identifiers, computer or smart phones configurations, number of times page has been viewed and usage habits of the SNITCH users or any similar data. It may be possible at times that while collecting non-personal information through automatic means, SNITCH may unintentionally collect or receive personal information that is mixed in with the non-personal information. While SNITCH will make reasonable efforts to prevent such incidental data collection, the possibility still exists. If SNITCH does inadvertently collect personal information, we will not intentionally use such personal information for any purposes. SNITCH shall not be responsible for the same if the information is collected unintentionally in such a scenario. SNITCH, may also aggregate demographic information collected from the Users (such as the number of users in a particular State) in a manner which does not identify any one individual. USER'S CONSENT By using or visiting SNITCH platforms, you expressly consent to the Terms and conditions and our Privacy Policy and to SNITCH processing of Personal Information for the purposes given under the Terms & Conditions and this Privacy Policy, subject to the local laws, in the following ways such as; to create a personalized account containing your contact information, email-id, address, bank details etc based on information you provide or imported from other sites or applications, or any information provided by third parties; to contact you about any Website updates, informational and service-related communications, including important security updates to inform you of other services available from SNITCH or its affiliates, if any. ("Affiliates" means entities that control or are controlled by or are under common control with SNITCH); to enable you to provide feedback, and contact SNITCH customer service in case of any problem with the services or emergency; |

43

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
|  | SNITCH uses the information provided by you to create its own database and networking, and may enable third parties to see your personal information for marketing purposes. SNITCH has certain hashtags such as #snitch #snitchit #DiscoverYourStyle which will be provided to you while you purchase a merchandize from SNITCH platforms. If you upload a picture on social media such as Facebook or Instagram using these hashtags, the SNITCH platforms will automatically link that picture to SNITCH platforms. The picture will be solely used for marketing and promotional purposes and shall be visible to anyone who uses the SNITCH platforms. Your Profile information may be used for networking with other community members or may be visible to service providers or customers who are using the Website. In addition, portions of your personal information may be made public for networking. You acknowledge that by providing your personal information, you have consented to your information being used as described here. We shall take measures to safeguard your information from unauthorized access or inappropriate use by third parties. However, SNITCH has no control over third parties' websites and is not responsible for any sort of misuse or any other liability. You acknowledge that by linking with third party web sites, you are aware of the potential misuse and risk involved. https://www.snitch.co.in/pages/t-cs |

https://www.visenze.com/why-visenze/

44

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | 4.2 Filters and text filters<br><br>To filter search results based on product metadata, provide a map of metadata key-values in the filters or text_filters parameters.<br><br>| Param | Filter query behaviour | Example |<br>| filters | The filter queries are treated as exact match conditions. Applies to String, Integer and Float type fields. | `filters=brand:my_brand` means the brand (String) value of the search results must be strictly equal to "my_brand". `filters=price:10,199` means the price (Integer) value of the search results must be strictly within the range between 10 to 199 inclusive. |<br>| text_filters | The filter queries are treated as partial match filters. Only applies to String type fields. | `text_flters=brand:my_brand` means the brand value of the search results can be any values containing "my_brand", such as "my_brand >> sub brand". |<br><br>https://pub.dev/packages/visenze_productsearch_sdk |
| Claim 1.12 presenting at a display associated with the first unique user, data representing the one or more identified potential associated brand identifiers to provide a more accurate vantage point of a current market, the data representing the one or more identified potential associated brand identifiers provided as one or more user interface elements associated with the one or more identified potential associated | The Snitch displays AI-powered similar and complementary product recommendations on its website and newly launched app. These recommendation outputs are UI elements associated with identified products/brands and assist customers in discovering additional relevant items.<br><br>ViSenze's platform treats "brand" as an explicit identifier within its product discovery stack: the SDK/API supports brand-based filters (e.g., filters=brand), and the retailers can "boost products from specific brands." These disclosures evidence that brand identifiers are represented in the underlying catalog metadata and are operationally used in database search/ranking and recommendation outputs.<br><br>**Product Related Information Below:** |

45

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| brand identifiers. |  https://apps.apple.com/us/app/snitch-online-shopping/id1574656675 |

46

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | SNITCH uses the information provided by you to create its own database and networking, and may enable third parties to see your personal information for marketing purposes. SNITCH has certain hashtags such as #snitch #snitchit #DiscoverYourStyle which will be provided to you while you purchase a merchandize from SNITCH platforms. If you upload a picture on social media such as Facebook or Instagram using these hashtags, the SNITCH platforms will automatically link that picture to SNITCH platforms. The picture will be solely used for marketing and promotional purposes and shall be visible to anyone who uses the SNITCH platforms. Your Profile information may be used for networking with other community members or may be visible to service providers or customers who are using the Website. In addition, portions of your personal information may be made public for networking. <br><br> You acknowledge that by providing your personal information, you have consented to your information being used as described here. We shall take measures to safeguard your information from unauthorized access or inappropriate use by third parties. However, SNITCH has no control over third parties' websites and is not responsible for any sort of misuse or any other liability. You acknowledge that by linking with third party web sites, you are aware of the potential misuse and risk involved. <br><br> https://www.snitch.co.in/pages/t-cs <br><br> ViSenze significantly improved Snitch's shopping experience with tailored 'Similar' and 'Pairing' recommendation engines, boosting conversion rates by 4X with the Similar recommendation engine and increasing revenue per user. <br><br> Collaborating closely, ViSenze optimized the placement of AI-powered recommendations on Snitch's website and newly launched app. Leveraging ViSenze's technology, Snitch is able to showcase more complementary products easily from their growing catalog and inventory to enhance shopper styling engagement and AOV. <br><br> ViSenze's Smart Visual Search also enables shoppers to seamlessly discover products using only images, driving instant gratification and revenue growth. Visual search with high click-through rates facilitates faster product discovery, better conversion rates, and higher revenue per session for Snitch. <br><br> https://www.visenze.com/resource-centre/snitch-increases-conversions-and-engagement-with-ai-powered-smart-recommendations-and-visual-search/ |

47

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |   https://www.visenze.com/blog/2024/01/10/how-can-retailers-build-search-that-increases-chances-of-conversion/  https://www.visenze.com/discovery-suite/modules/smart-data/ |

48

| U.S. Patent No. 11,107,098 B2 [Claim] | Snitch Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | **4.2 Filters and text filters**<br><br>To filter search results based on product metadata, provide a map of metadata key-values in the filters or text_filters parameters.<br><br>**Param** / **Filter query behaviour** / **Example**<br><br>**filters** — The filter queries are treated as exact match conditions. Applies to String, Integer and Float type fields. — `filters=brand:my_brand` means the brand (String) value of the search results must be strictly equal to "my_brand". `filters=price:10,199` means the price (Integer) value of the search results must be strictly within the range between 10 to 199 inclusive.<br><br>**text_filters** — The filter queries are treated as partial match filters. Only applies to String type fields. — `text_flters=brand:my_brand` means the brand value of the search results can be any values containing "my_brand", such as "my_brand >> sub brand".<br><br>https://pub.dev/packages/visenze_productsearch_sdk<br><br>**Easy to fine-tune**<br>Our AI technology draws on product meta-data to generate the most accurate and helpful results. Simple customizations let retailers:<br>▸ Show products in a certain price range<br>▸ Boost products from specific brands<br>▸ Hide out-of-stock products<br><br>https://www.visenze.com/why-visenze/ |

49